# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Rose Keener, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00121-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2020 Order.

April 15, 2020

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court